UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANDREW VAUGHN,<br><br>                Petitioner,<br><br>     v.<br><br>SCOTT FRAUENHEIN,<br><br>                Respondent. | Case No. EDCV 19-450-JWH (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: December 18, 2020

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE