JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOSEPH ANDREW VAUGHN,

                                    Petitioner,

              v.

SCOTT FRAUENHEIN,

                                    Respondent.

Case No. EDCV 19-450-JWH (LAL)

**JUDGMENT**

        Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 18, 2020

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE